. R. CHASE GOODWIN *vs.* MAINE CENTRAL RAILROAD COMPANY.

Cumberland County.   Decided March 10, 1915.   An action to recover damages for personal injuries resulting from an alleged negligent collision by a train of cars belonging to the defendant with a team which the plaintiff was driving, on the 7th day of August, 1913, in the town of Yarmouth, in the County of Cumberland.   Plea, the general issue.   At the close of plaintiff's evidence, the presiding Justice ordered a nonsuit, and the plaintiff excepted to said order of a nonsuit.   Exceptions overruled.   *Reynolds & Sanborn,* for plaintiff. *Symonds, Snow, Cook & Hutchinson,* for defendant.


JOSHUA DAVIS *vs.* SAMUEL W. HERRICK. .

' Somerset County.   Decided March 20, 1915.   Action of trespass to recover damages for an assault and battery tried at the January term, 1914, of the Supreme Judicial Court for the County of Somerset.

The jury returned a verdict for the plaintiff in the sum of $5 and the case is before the Law Court upon plaintiff's motion to set aside the verdict and grant a new trial, because the damages assessed are inadequate.

A careful examination of the evidence satisfies us that the testimony justifies the finding of the jury.   The question of liability and the amount, if liable, were for the jury, and finding nothing in the case to warrant setting aside the verdict for the cause assigned, the entry will be motion overruled.   *Hudson & Hudson,* for plaintiff. *Merrill & Merrill,* for defendant.